

Thursday, April 2, 2015

No. 15–0247/AF.  U.S. v. Eddy C. Soto.  CCA 38422.  On consideration of the certificate for review (74 M.J. 180 (C.A.A.F.2014)), and the briefs of the parties, we conclude that the United States Air Force Court of Criminal Appeals did not abuse its discretion in finding Appellee's rape conviction, and any lesser offense, factually insufficient.  Accordingly, it is ordered that the certified questions are answered in the negative and the decision of the United States Air Force Court of Criminal Appeals is affirmed.

No. 15–0347/MC.  U.S. v. Christopher A. Quick.  CCA 201300341.  Appellee's motion to file a supplemental joint appendix is granted.

